```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 28388
   NICHOLAS J PEHLKE
                                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-2862


------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 10/22/08 .

     2.  The case was dismissed without confirmation, 01/09/2009.

------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT       INTEREST       PRINCIPAL
                                                                 PAID           PAID
------------------------------------------------------------------------------
AMERICAS SERVICING CO       CURRENT MORTG           .00            .00            .00
AMERICAS SERVICING CO       MORTGAGE ARRE   NOT FILED              .00            .00
BELL WEST COMMUNITY CU      SECURED VEHIC           .00            .00            .00
WILL COUNTY TREASURER       SECURED                 .00            .00            .00
AT&T MOBILITY LLC           UNSECURED       NOT FILED              .00            .00
BELL WEST COMMUNITY CU      UNSECURED       NOT FILED              .00            .00
COLLECTION PROFESSIONALS    UNSECURED       NOT FILED              .00            .00
COMED                       UNSECURED       NOT FILED              .00            .00
FINANCIAL ASSET MGMT        UNSECURED       NOT FILED              .00            .00
HARRIS & HARRIS LTD         UNSECURED       NOT FILED              .00            .00
ST JOSEPH HOSPITAL          UNSECURED       NOT FILED              .00            .00
ADVENTISTS                  UNSECURED       NOT FILED              .00            .00
MRSI                        UNSECURED       NOT FILED              .00            .00
NCO FINANCIAL SYSTEMS       UNSECURED       NOT FILED              .00            .00
NICOR GAS                   UNSECURED       NOT FILED              .00            .00
SBC AMERITECH               UNSECURED       NOT FILED              .00            .00
STATE COLLECTION SRV        UNSECURED       NOT FILED              .00            .00
WELLS FARGO FINANCIAL IN    UNSECURED       NOT FILED              .00            .00
WELLS FARGO FINANCIAL IN    UNSECURED       NOT FILED              .00            .00
------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT       INTEREST       PRINCIPAL
                                                                 PAID           PAID
------------------------------------------------------------------------------
     Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED      PRIORITY     UNSECURED       OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED       .00          .00           .00          .00           .00
PRINCIPAL PAID           .00          .00           .00          .00           .00
INTEREST PAID            .00          .00           .00          .00           .00
TOTAL PAID               .00          .00           .00          .00           .00
The Debtor's attorney, ROBERT V SCHALLER            , was allowed $       .00
and was paid $         .00 .

The Trustee received $         .00 .
```

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/13/09                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE